HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
DANG VUE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-mj-116 KJN |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PRELIMINARY HEARING AND EXCLUDE TIME |
| vs. | |
| DANG VUE, | DATE: October 10, 2017 |
| Defendant. | TIME: 2:00 p.m. |
| | JUDGE: Hon. Deborah Barnes |

Plaintiff, United States of America, by and through Assistant United States Attorney Michelle Rodriguez, and Defendant Dang Vue, through his attorney Hannah R. Labaree, of the Office of the Federal Defender, hereby stipulate to continue the Preliminary Hearing set for October 10, 2017 to October 23, 2017, at 2:00 p.m.

The parties agree that the time beginning from the date of this stipulation extending through October 23, 2017, should be excluded from the calculation of time under the Speedy Trial Act. Further, the Defendant consents to an extension of the time for a Preliminary Hearing until October 23, 2017. Fed.R.Crim.P. 5.1(d). The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). In particular, the time is required so that the parties can conduct investigation and review discovery. Mr. Vue consents to this continuance.

The parties stipulate that the interests of justice outweigh the interest of the public and the

Stipulation and [Proposed] Order

1 | defendant in a speedy trial, 18 U.S.C. § 3161(b) and (h)(7)(A), and further that this good cause

2 | outweighs the public's interest in the prompt disposition of criminal cases.  Fed.R.Crim.P. 5.1(d).

3 | Dated:  September 19, 2017                    Respectfully submitted,

4 | HEATHER E. WILLIAMS
Federal Public Defender

5 |

6 | */s/ Hannah R. Labaree*
HANNAH R. LABAREE

7 | Attorney for Defendant
DANG VUE

8 |

9 | Dated: September 19, 2017                     PHILLIP A. TALBERT

10 | United States Attorney

11 | */s/ Michelle Rodriguez*
MICHELLE RODRIGUEZ

12 | Assistant U.S. Attorney
Attorney for Plaintiff

1 **ORDER**

2 The Court has read and considered the Stipulation for the Extension of Time for
3 Preliminary Hearing pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this
4 matter. The Court hereby finds that the Stipulation, which this Court incorporates by reference
5 into this Order, demonstrates good cause for an extension of time for the Preliminary Hearing
6 date, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

7 Furthermore, for the reasons set forth in the parties' Stipulation, the Court finds that the
8 interests of justice served by granting this continuance outweigh the best interests of the public
9 and defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the
10 extension of time would not adversely affect the public's interest in the prompt disposition of
11 criminal cases.

12 THEREFORE, FOR GOOD CAUSE SHOWN:

13 1. The date of the Preliminary Hearing is extended to October 23, 2017, at 2:00 p.m.

14 2. The time up to and including October 23, 2017 shall be excluded from the calculation
15 pursuant to 18 U.S.C. §3161(h)(7)(A) and Federal Rule of Criminal Procedure 5.1(d).

16 IT IS SO ORDERED.

17 Dated: September 19, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE