HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
DANG VUE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-199 GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO VACATE PRELIMINARY EXAMINATION; SET FOR ARRAIGNMENT AND TO EXCLUDE TIME |
| vs. | |
| DANG VUE and BILLEE VANG, | DATE: November 2, 2017 |
| Defendants. | TIME: 2:00 p.m. |
| | JUDGE: Hon. Edmund F. Brennan |

Plaintiff, United States of America, by and through Assistant United States Attorney Michelle Rodriguez, and Heather Williams, Federal Defender, through Assistant Federal Defender, Hannah R. Labaree, attorneys for Defendant Dang Vue and William E. Bonham, attorney for Defendant, Billee Vang, hereby stipulate to vacate the Preliminary Hearing set for November 2, 2017 and set the matter for (1) arraignment on the Information, (2) waiver of indictment, and (3) Change of Plea (entry of guilty pleas pursuant to plea agreements), all on November 17, 2017, at 9:00 a.m. before Honorable Garland E. Burrell, Jr..

The parties agree that the time beginning from the date of this stipulation extending through November 17, 2017, should be excluded from the calculation of time under the Speedy Trial Act. Further, the Defendants consent to an extension of the time for a Preliminary Hearing until November 17, 2017. Fed.R.Crim.P. 5.1(d). The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for

Stipulation and [Proposed] Order

| | |
|---|---|
| 1 | effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § |
| 2 | 3161(h)(7)(B)(iv). In particular, the time is required so that the parties can conduct investigation |
| 3 | and review discovery. Mr. Vue and Mr. Vang consent to this continuance. |
| 4 | The parties stipulate that the interests of justice outweigh the interest of the public and the |
| 5 | defendant in a speedy trial, 18 U.S.C. § 3161(b) and (h)(7)(A), and further that this good cause |
| 6 | outweighs the public's interest in the prompt disposition of criminal cases. Fed.R.Crim.P. 5.1(d). |

Dated: November 1, 2017          Respectfully submitted,

HEATHER E. WILLIAMS
Federal Public Defender

*/s/ Hannah R. Labaree*
HANNAH R. LABAREE
Attorney for Defendant DANG VUE

Dated: November 1, 2017          */s/ William E. Bonham*
WILLIAM E. BONHAM
Attorney for Defendant BILLEE VANG

Dated: November 1, 2017          PHILLIP A. TALBERT
United States Attorney

*/s/ Michelle Rodriguez*
MICHELLE RODRIGUEZ
Assistant United States Attorney
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR 2:17-199-GEB |
| | ) |
| Plaintiff, | ) ORDER [PROPOSED] RE 11/1/17 STIPULATION |
| | ) OF THE PARTIES, VACATING 11/2/17 |
| vs. | ) PRELIMINARY EXAMINATION, SETTING |
| | ) MATTER FOR HEARING ON 11/1717; AND |
| DANG VUE and BILLEE VANG, | ) EXCLUDING TIME UNDER FRCP 5 AND THE |
| | ) SPEEDY TRIAL ACT |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

**ORDER**

The Court has read and considered the Stipulation filed by the parties in this matter. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the Preliminary Hearing date, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' Stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public's interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The Preliminary Hearing scheduled for November 2, 2017 is vacated;

2. For both defendants, the Arraignment on the Information in CR 17-199-GEB is set for November 17, 2017 at 9:00 a.m. before Honorable Garland E. Burrell, Jr. The clerk of Court shall also schedule the November 17, 2017 hearing for waiver of indictment and change of plea hearing.

3. The time up to and including November 17, 2017 shall be excluded from the calculation pursuant to 18 U.S.C. §3161(h)(7)(A) and Federal Rule of Criminal Procedure 5.1(d).

IT IS SO ORDERED.

Dated: November 1, 2017

_____
EDMUND F. BRENNAN
United States Magistrate Judge